OPINION — AG — NEED AN OPINION CONSTRUING HOUSE BILL NO. 628 . . . . . TITLE "AN ACT RELATING TO MOTOR VEHICLES; DEFINING MOTOR VEHICLES; PROHIBITING THE SALE, BARTER OR EXCHANGE THEREOF ON SUNDAY; MAKING AN VIOLATION A MISDEMEANOR AND PROVIDING PENALTY THEREFOR; PROVIDING FOR SEVERABILITY; AND DECLARING AN EMERGENCY" CITE: 21 O.S.H. 917, 21 O.S.H. 918, 21 O.S.H. 919 (SAM LATTIMORE)